# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| LOUIS FRED GONZALES, <br> Institutional ID No. 2299668, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL BALDERAS, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 5:19-CV-275-M-BQ <br> § <br> § <br> § <br> § |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on April 3, 2020, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Amended Complaint (ECF No. 12) is therefore **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted.

**SO ORDERED**, this 9th day of April, 2020.

**BARBARA M. G. LYNN**
**CHIEF JUDGE**